IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUN TAIYANG CO., LTD d/b/a OUTRE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. |
| | ) |
| CHANG CORPORATION d/b/a HAIR SISTERS | ) |
| an Illinois corporation and CHANG HONG, an | ) |
| individual, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

The Plaintiff, Sun Taiyang Co., Ltd d/b/a Outre, by its attorney, hereby complains against

the Defendants Chang Corporation d/b/a Hair Sisters and Chang Hong as follows:

### Nature of the Action

1.       The Plaintiff, Sun Taiyang Co., Ltd d/b/a Outre, brings this action for breach of

contract against the Defendant Chang Corporation d/b/a Hair Sisters as a consequent of its failure

to pay $76,210.29 for merchandise ordered, received and accepted. In the guise of paying for the

merchandise, the Defendant Chang Hong, an officer of Chang Corporation, tendered to the

Plaintiff a series of post-dated checks he signed totaling $76,210.29. When Plaintiff began

presenting the checks for payment, they were dishonored because the account had been closed.

Plaintiff now brings this action for breach of contract and for violations of the Illinois

Commercial Code, 810 ILCS § § 5/3-401, 5/3-402, and 5/3-806.

### Jurisdiction and Venue

2.       This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332

because the amounts in controversy exceed the sum of $75,000, exclusive of interest and costs,

and there is complete diversity between the parties who are citizens of different states as follows:

a.   The Plaintiff Sun Taiyang Co., Ltd d/b/a Outre is a citizen of New York and New Jersey because it is incorporated in the state of New York and maintains its principal place of business in Moonachie, New Jersey; and

b.   The Chang Corporation d/b/a Hair Sisters is a citizen of Illinois because it is incorporated in the state of Illinois and maintains its principal place of business in Niles, Illinois; and

c.   The Defendant Chang Hong is a citizen of Illinois and resides in Cook County, Illinois.

## Venue

3.      Pursuant 28 U.S.C. § 1391, venue is proper in this Court because the Defendants reside in the Northern District of Illinois and a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## The Parties

4.      The Plaintiff, Sun Taiyang Co., Ltd d/b/a Outre (hereinafter referred to as "Outre") is engaged in the business of manufacturing and selling a wide variety of hair products include wigs, hair pieces, weaves, braiding and numerous other hair products made from both human and synthetic hair for professionals and end-users.

5.      The Defendant, Chang Corporation d/b/a Hair Sisters ("Hair Sisters") is primarily engaged in the on-line sale of hair products to the public, including the hair products manufactured by Outre.

6.      The Defendant, Chang Hong ("Hong") is, on information and belief, an officer of Chang Corporation and is authorized to sign and issue checks on the corporation's behalf.

## Defendant's Agreement to Purchase Hair Products From Plaintiff

7.      On or about January 22, 2008, Hair Sisters submitted an application signed by Defendant Hong to Outre for the purchase of Outre products on credit which was accepted by

Outre.

8.      From time to time, Hair Sisters ordered and received merchandise from Outre on credit but became delinquent in its payments for the merchandise accepted. By 2016, Hair Sisters had an outstanding balance owed to Outre of approximately $300,000 for merchandise ordered, received, and accepted.

9.      In late 2016, Hair Sisters obtained financing to pay the indebtedness owed to Outre and Outre resumed selling merchandise to Hair Sister on credit in reliance on Hair Sisters' promise to make prompt payment of all merchandise accepted and avoid any further delinquencies on its credit account with Outre.

10.     Notwithstanding Hair Sisters' promise to keep is credit account current, Hair Sisters again became delinquent in the payment of the Outre invoices in approximately March 2017. By April 28, 2017, Hair Sisters owed Outre the sum of $76,210.29 for merchandise requested, delivered and accepted. A true and correct copy of the Account Statement sent to Hair Sisters on March 16, 2018 reflecting all of the outstanding invoices is attached hereto as Exhibit A.

11.     Hair Sisters never disputed the accuracy of the March 16, 2018 Account Statement.

12.     In order to bring its account current and pay for the merchandise previously accepted, Hair Sisters tendered to Plaintiff fifteen post-dated checks signed by Defendant Hong on or about March 19, 2018.

13.     The fifteen checks tendered to Outre by Hair Sisters were drawn on Chang Corporation's account at JP Morgan Chase Bank in Skokie, Illinois and were identified by check Numbers 3720 through 3734 and totaled $76,210.29, the amount of all of the outstanding

invoices reflected on the March 16, 2018 Account Statement. True and correct copies of the checks tendered by Hong are attached hereto as Exhibit B.

14.     The Plaintiff accepted the checks in reliance on the Defendants' promise they would be honored by the bank on the dates reflected on each of the respective checks.

15.     When the Plaintiff presented Check Numbers 3720, 3721, 3722, and 3723 to JP Morgan Chase Bank, the checks were dishonored and returned to the Plaintiff because Hair Sisters did not have an open account at the bank. The Notices of Dishonor for Check Numbers 3720, 3721, 3722, and 3723 are set forth in Exhibit B. Plaintiff did not present the remaining checks since it would be a futile act.

16.     Hair Sisters offered to provide the Plaintiff with replacement checks from a different account but failed to do so despite Plaintiff's repeated demands.

17.     On June 19, 2018, Outre sent a demand for payment to Hair Sisters by certified mail. A true and correct copy of the demand and the signed return certified mail receipt is attached hereto as Exhibit C.

18.     Notwithstanding the Plaintiff's demand for payment and Hair Sisters repeated promises to pay the amounts owed, it has failed to do so.

**COUNT I**
**(Breach of Contract)**

1-18.     The Plaintiff incorporates Paragraph 1 through 18 above as Paragraphs 1 through 18 of this Count I.

19.     The Plaintiff agreed to sell merchandise to Hair Sisters and Hair Sisters agreed to pay for the merchandise delivered and accepted within 30 days after receipt of each invoice.

20.     The Defendant Hair Sisters failed to pay the Plaintiff the amounts reflected on

each of the invoices set forth in the March 16, 2018 Statement of Account attached hereto as Exhibit A notwithstanding Plaintiff's repeated demands.

21.     By failing to pay the invoices reflected on the March 16, 2018 Account Statement attached hereto as Exhibit A for merchandise ordered and accepted, the Defendant Hair Sisters breached its contract with the Plaintiff.

22.     As a result of Hair Sisters breach of the agreement, the Plaintiff has been damaged in the amount of $76,210.29.

23.     The Plaintiff has fully performed all obligations required of it pursuant to the agreement of the parties.

WHEREFORE, the Plaintiff, Sun Taiyang Co., Ltd d/b/a Outre requests that judgment be entered in its favor and against the Defendant Chang Corporation d/b/a Hair Sisters and to award the Plaintiff the sum of $76,210.29, plus interest pursuant to the Illinois Interest Act, together with its costs incurred in connection with this action and such other relief that the Court deems just and proper.

## COUNT II
### (Violation of the Illinois Commercial Code)

1-23.     The Plaintiff incorporates paragraphs 1 through 23 of Count 1 as paragraphs 1 through 23 of this Count II.

24.     The Defendant Chang Hong signed the checks attached hereto as Exhibit B and tendered them to Plaintiff as payment for the valuable merchandise Hair Sisters ordered, received and accepted from the Plaintiff and then sold to third parties by Defendant for a profit.

25.     The fifteen checks Hong tendered to the Plaintiff could not be honored by the bank upon presentment because the Defendant Hair Sisters did not have an open account at JP

Morgan Chase where the checks were drawn.

26.     Defendants knew that the account upon which the checks were drawn was closed when it tendered the checks to the Plaintiff..

27.     By issuing checks to the Plaintiff on a bank account that was closed, the Defendants Hair Sisters and Hong each violated the Illinois Commercial Code, 810 ILCS § § 5/3-401, 5/3-402, and 5/3-806.

28.     As a result of Defendants' violation of Illinois Commercial Code, the Plaintiff has suffered damages in the amount of $76,210.29, together with lost interest and the expenses incurred in connection with the recovery of the amounts owed, including court costs and attorneys' fees as provided for in 810 ILCS § 5/3-806.

WHEREFORE, the Plaintiff, Sun Taiyang Co., Ltd d/b/a Outre requests that judgment be entered in its favor and against the Defendants Chang Corporation d/b/a Hair Sisters and Chang Hong, both jointly and severally, and to award the Plaintiff the sum of $76,210.29, plus interest pursuant to the Illinois Interest Act, together with its costs and reasonable attorneys' fees incurred in connection with this action and such other relief that the Court deems just and proper

SUN TAIYANG CO., LTD d/b/a OUTRE

By: /s/ Marshall J. Burt
Its Attorney

Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
77 W. Washington St., Ste 1300
Chicago, IL 60602
(312) 419-1999
marshall@mjburtlaw.com
IARDC #6198381